RUO MEI CAI, Respondent, v VICTOR FAI LAU, Appellant.

Decided February 11, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Judge GARCIA taking no part.